# SAMPLE ROYALTY REPORT

LICENSEE: XYZ

PERIOD: JANUARY 1, TO MARCH 31, 2002

TERRITORY: ALL

ROYALTY RATE: 10.00%

CONTRACT PERIOD: 1/1/02 - 12/31/02

| TERRITORY | TALENT | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY EARNED |
|---|---|---|---|---|---|---|---|---|
| ALL | AUSTIN | 1,980 | (180) | 1,800 | $19,800.00 | ($1,800.00) | $18,000.00 | $1,800.00 |
| ALL | ROCK | 1,980 | (180) | 1,800 | $19,800.00 | ($1,800.00) | $18,000.00 | $1,800.00 |
| ALL | HHH | 1,980 | (180) | 1,800 | $19,800.00 | ($1,800.00) | $18,000.00 | $1,800.00 |
| ALL | HARDY BOYS | 660 | (60) | 600 | $6,600.00 | ($600.00) | $6,000.00 | $600.00 |
| ALL | DUDLEY BOYS | 660 | (60) | 600 | $6,600.00 | ($600.00) | $6,000.00 | $600.00 |
| ALL | POSTER COLLAGE | 660 | (60) | 600 | $6,600.00 | ($600.00) | $6,000.00 | $600.00 |
| ALL | RAW TRADING CARDS | 660 | (60) | 600 | $6,600.00 | ($600.00) | $6,000.00 | $600.00 |
| ALL | 54 PACK STICKERS | 660 | (60) | 600 | $6,600.00 | ($600.00) | $6,000.00 | $600.00 |
| GRAND TOTAL: | | 9,240 | (840) | 8,400 | $92,400.00 | ($8,400.00) | $84,000.00 | $8,400.00 |

C:\WINDOWS\TEMP\|ROYSTATEXAMPLE.xls|ALL

# SAMPLE ROYALTY REPORT

| LICENSEE: | XYZ |
|---|---|
| PERIOD COVERING: | JANUARY 1, TO MARCH 31, 2002 |
| TERRITORY: | UNITED STATES |

| | | ROYALTY RATE: | 10.00% |
|---|---|---|---|
| | | CONTRACT PERIOD: | 1/1/02 - 12/31/02 |

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VARIOUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: UNITED STATES | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\\ROYSTATEXAMPLE.xls]ALL

# SAMPLE ROYALTY REPORT

LICENSEE: XYZ

PERIOD COVERING: JANUARY 1, TO MARCH 31, 2002

TERRITORY: CANADA

ROYALTY RATE: 10.00%

CONTRACT PERIOD: 1/1/02 - 12/31/02

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VARIOUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: CANADA | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\ROYSTATEXAMPLE.xls]ALL

# SAMPLE ROYALTY REPORT

LICENSEE: XYZ

PERIOD COVERING: JANUARY 1, TO MARCH 31, 2002

TERRITORY: ENGLAND

ROYALTY RATE: 10.00%

CONTRACT PERIOD: 1/1/02 - 12/31/02

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VARIOUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VARIOUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: ENGLAND | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\ROYSTATEXAMPLE.xls\ALL

# SAMPLE ROYALTY REPORT

LICENSEE: XYZ
PERIOD COVERING: JANUARY 1, TO MARCH 31, 2002
TERRITORY: GERMANY

ROYALTY RATE: 10.00%
CONTRACT PERIOD: 1/1/02 - 12/31/02

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VAIROUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: GERMANY | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\ROYSTATEXAMPLE.xls]ALL

# SAMPLE ROYALTY REPORT

LICENSEE: XYZ  
PERIOD COVERING: JANUARY 1, TO MARCH 31, 2002  
TERRITORY: ITALY  

ROYALTY RATE: 10.00%  
CONTRACT PERIOD: 1/1/02 - 12/31/02  

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VAIROUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: ITALY | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\[ROYSTATEXAMPLE.xls]ALL

# SAMPLE ROYALTY REPORT

LICENSEE: XYZ
PERIOD COVERING: JANUARY 1, TO MARCH 31, 2002
TERRITORY: JAPAN

ROYALTY RATE: 10.00%
CONTRACT PERIOD: 1/1/02 - 12/31/02

| TALENT | SKU/ITEM NUMBER | DESCRIPTION | QUANTITY SOLD | QUANTITY RETURNED | NET QUANTITY | GROSS SALES | RETURN SALES | NET SALES | ROYALTY RATE | ROYALTY EARNED | CONTRACTUAL SALE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN | 12345 | AUSTIN T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 6789 | AUSTIN HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| AUSTIN | 1234 | AUSTIN KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL AUSTIN: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| ROCK | 12345 | ROCK T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 6789 | ROCK HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| ROCK | 1234 | ROCK KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL ROCK: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| HHH | 12345 | HHH T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 6789 | HHH HAT | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| HHH | 1234 | HHH KEY CHAIN | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL HHH: | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| JEFF/MATT | 12345 | HARDY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: HARDY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| BAH/DEVON | 6789 | DUDLEY BOYS T-S | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: DUDLEY BOYS | | | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | | $100.00 | |
| VAIROUS | 1234 | POSTER COLLAGE | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 5678 | RAW TRADING CARDS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| VAIROUS | 91234 | 54 PACK STICKERS | 110 | (10) | 100 | $1,100.00 | ($100.00) | $1,000.00 | 10.00% | $100.00 | $10.00 |
| TOTAL: VARIOUS | | | 330 | (30) | 300 | $3,300.00 | ($300.00) | $3,000.00 | | $300.00 | |
| TOTAL: JAPAN | | | 1,540 | (140) | 1,400 | $15,400.00 | ($1,400.00) | $14,000.00 | | $1,400.00 | |

C:\WINDOWS\TEMP\ROYSTATEXAMPLE.xlsJALL