UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | Civil Action No. 3:03-CV-2087 (MRK) |
| Plaintiff, | : | |
| vs. | : | |
| B. M. KOREA, CO. LTD., | : | |
| Defendant. | : | JULY 20, 2004 |

**APPLICATION FOR ENTRY OF DEFAULT BY CLERK**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, World Wrestling Entertainment, Inc., respectfully requests that the Clerk of the Court enter a Certification of Default in this matter by reason of defendant B. M. Korea, Co. Ltd.'s failure to answer or otherwise defend.  An affidavit as required by Rule 55(a) is attached as Exhibit A.  A proposed Certificate of Default is attached as Exhibit B.

Wherefore, the plaintiff respectfully requests that the Clerk of the Court enter a Certificate of Default in this matter.

        Respectfully Submitted,

        PLAINTIFF WORLD WRESTLING
        ENTERTAINMENT, INC.


        _____
        By: Terence J. Gallagher (ct22415)
        DAY, BERRY & HOWARD LLP
        One Canterbury Green
        Stamford, CT  06901-2047
        (203) 977-7300 (phone)
        (203) 977-7301 (fax)
        tjgallagher@dbh.com (e-mail)

Of Counsel:

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on July 20, 2004, by overnight courier, postage prepaid to:

| Michael A. Grow, Esq. | Michael S. Cryan, Esq. |
| Arent Fox PLLC | Arent Fox PLLC |
| 1050 Connecticut Avenue, N.W. | 1675 Broadway |
| Washington, D.C. 20036-5109 | New York, NY 10019 |

_____
Terence J. Gallagher