# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Plaintiff, | : | Civil Action No. 3:03-CV-2087 (MRK) |
| vs. | : | |
| B. M. KOREA, CO. LTD., | : | JULY 2, 2004 |
| Defendant. | : | |

## PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiff World Wrestling Entertainment, Inc., hereby submits its proof of service of the summons and complaint in the above matter. Specifically, attached hereto as Exhibit 1 is an original certification of proof of service on May 24, 2004, of the summons and complaint upon B. M. Korea Co. Ltd. ("B. M. Korea"). B. M. Korea was served pursuant to Federal Rule of Civil Procedure 4(h)(2) and Article 5 of the Convention on the Service Abroad of Judicial and Extra-judicial Documents in Civil or Commercial Matter dated November 15, 1965 (the "Hague Convention"). The certification is in the form required by Article 6 of the Hague Convention. Attached hereto as Exhibit 2 is an English translation of the entries on the certificate written in Korean.

PLAINTIFF, WORLD WRESTLING
ENTERTAINMENT, INC.

/s/ J. Gallagher

Stanley A. Twardy, Jr. (ct05096)
Terence J. Gallagher (ct22415)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901
Phone: (203) 977-7300
Fax:   (203) 977-7301

Of Counsel:

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on July 2, 2004, by first-class mail, postage prepaid to:

Michael A. Grow, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5109

Michael S. Cryan, Esq.
Arent Fox PLLC
1675 Broadway
New York, NY 10019

_____
Terence J. Gallagher

# EXHIBIT 1

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
  - the (date)   -le (date)      2004. 5. 24.
  - at (place, street, number) -a (loralni. rue numbo)   서울 용산구 한강로2가 187-7 유신빌딩 2층
    비.엠.코리아 주식회사

—in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes agales (artirle 5. alinea premier, letire a)*

~~☐ (b) in accordance with the following particular method:~~
   *b) selon lojorme particuliere suivante:* _____

~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
   *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

  -(identity and description of person)
  -*fidentai ei qualit; de la pervonne)*
    박경화

  -relationship to the addressee family, business or other
  -*liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
    사무원 (employee)

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembouiser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

In appropriate cases, documents establishing the service:
*Le cas echeant, les documents justificatifs de l'execution:*
   우편송달통지서

Done at  서울서부지방법원  the  2004. 6. 2
*Fait 'a*                          *. le*

Signature and/or stamp.
*Signature et/ou cachet*  법원주사보 이 종 ㅇ [stamp]

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant**  *Identite et adresse du requerant* | **Address of receiving authority**  *Adresse de l'autorite destinataire* |
|---|---|
| Curtis B. Krasik, Esquire  Of Counsel Attorney of Record for Plaintiff  Kirkpatrick & Lockhart LLP  Henry W. Oliver Building  535 Smithfield Street  Pittsburgh, PA  15222, U.S.A. | Ministry of Court Administration  ATTN:  Director of International Affairs  967 Seocho-Dong, Seocho-Gu  Seoul 137-750  REPUBLIC OF KOREA |

**The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**   Service is requested pursuant to Rule 4(c)(2)(A), U.S.
        **(identity and address)**   Federal Rules of Civil Procedure.

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres, en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*

        *(identite et adresse)*   B.M. Korea, Co. Ltd., F2 Yushin Building, 187-7, Hankangro-2Ka, Youngsan-Ku,
Seoul, REPUBLIC OF KOREA

[X] (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes legales (article 5 alinea premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b):*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas echeant, par remise simple (article 5, alinea 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.**
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents                                    Done at Pittsburgh, PA, U.S.A., the 15th day of
*Enumuration der pieces*                             *Fait 'a* . *le* March, 2004.

| Summons in a Civil Case (English and Korean) |
| Complaint and Attached Exhibit (English and Korean) |
| Affidavit of Translator (English and Korean) |

Signature and/or stamp
*Signature et/ou cachet*

Pursuant to the law of the forum, as adopted by the federal courts, attorneys are officers of the court and, therefore, are empowered to sign this Request.

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

*Delete if inappropriate
*Rayer les mentions inutiles.*

**EXHIBIT 2**

## CERTIFICATE

1) that the documents has been served at:

    May 24, 2004

    B.M. Korea Co., Ltd.

    2F Yushin Building, 187-7 Hangkangro-2Ka, Youngsan-Ku

    Seoul, Republic of Korea

The documents referred to in the request have been delivered to:

    Kyung-Hwa PARK

    (employee)

Done at Seoul Western District Court, the 2004, June 2

    Signed by:  Jong Su LEE (seal)
    Court Administrator