# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. :  :   Plaintiff,                                      : : v.                                                             :      Civil No. 3:03CV2087 (MRK) : B.M. KOREA, CO. LTD.,                      : :      Defendant.                               : | |

ORDER

Plaintiff World Wrestling Entertainment, Inc. initiated this action against Defendant B.M. Korea, Co. Ltd. on December 4, 2003. On June 15, 2004, Arent Fox PLLC filed a Notice of Appearance [doc. #6] on behalf of Defendant, and upon motion of Defendant, the Court extended Defendant's deadline until July 14, 2004 to respond to Plaintiff's complaint. Defendant failed to file a response by July 14, 2004.

Arent Fox PLLC, Counsel for Defendant, now moves for leave to withdraw as counsel for Defendant [doc. #10], representing that it has been informed by Defendant to take no further action in this matter, and requests additional time for Defendant to obtain substitute counsel and file an answer in this matter. *Id.* Plaintiff filed a response [doc. #11] to the motion to withdraw, and opposes granting additional time for Defendant to obtain substitute counsel and file an answer in this matter. *Id.* Plaintiff accordingly filed an application for entry of default [doc. #12]. To date, no substitute counsel has appeared on Defendant's behalf and in an on-the-record status telephonic status conference on August 18, 2004, Counsel for Defendant informed the

1

Court that he does not believe that Defendant intends to obtain substitute counsel.

Having considered the foregoing motions, the Court enters the following orders:

1. Defendant is granted until **September 2, 2004**, to (a) obtain substitute counsel, who must file an appearance on Defendant's behalf in this action, **and** (b) to file an answer to Plaintiff's complaint.

**Defendant is hereby on notice that based upon the current record, the Court intends to grant Arent Fox's Motion to Withdraw [doc. # 10] on September 2, 2004, whether Defendant has obtained substitute counsel by that date or not. A corporation such as the Defendant cannot represent itself** *pro se* **but can only proceed in civil litigation in this Court through the representation of counsel admitted to practice before this Court. Therefore, if new or substitute counsel does not file an appearance on Defendant's behalf by September 2, 2004 and, as expected, the Court grants Arent Fox's Motion to Withdraw, Defendant will be in default for failure to appear in this action. Moreover, unless Defendant files an answer to Plaintiff's complaint by September 2, 2004, Defendant will also be in default for failure to answer the complaint. If a default enters because of Defendant's failure to appear and/or to answer, Plaintiff will then be entitled to seek an award of damages by way of a default judgment, which judgment Plaintiff may seek to enforce or collect against Defendant. Therefore, the consequences of a failure to obtain substitute counsel and file an answer by September 2, 2004 may be severe.**

2. Michael S. Cryan of Arent Fox PLLC is hereby ordered to take prompt and appropriate steps to ensure that Defendant receives a copy of this Order. Mr. Cryan shall file with the Court a certification attesting that this Order was provided to Defendant as provided

herein.

3. The Court will delay ruling on Plaintiff's Motion for Default [doc. # 12] until **September 2, 2004**, to await Defendant's response to this Order.

IT IS SO ORDERED,

/s/ <u>    Mark R. Kravitz    </u>
United States District Judge

Dated at New Haven, Connecticut: <u>August 19, 2004</u>.