# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 20  9 33 AM '04

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br> -against- <br><br> B.M. KOREA, CO. LTD., <br><br> Defendant. | Civil No. 3:03CV2087(MRK) |

## DECLARATION

MICHAEL S. CRYAN, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

1. I am an associate of Arent Fox PLLC, attorneys for Defendant B. M. Korea, Co. Ltd. I respectfully submit this declaration pursuant to the Order herein dated August 19, 2004.

2. On August 19, 2004, I certify that I caused to be sent a true copy of the Order dated August 19, 2004 to B.M. Korea, Co. Ltd., F2 Yushin Building, 187-7, Hankangro – 2Ka, Youngsan-Ku, Seoul, Republic of Korea, via Federal Express (Airbill No. 790738566637), and U.S. Mail, First Class International postage prepaid.

Executed this 19th day of August 2004.

_____
MICHAEL S. CRYAN

CERTIFICATE OF SERVICE

  This is to certify that the foregoing Declraration was sent by U.S. Mail on this date to the following:

  Terence J. Gallagher
  Stanley A. Twardy, Jr.
  Day, Berry & Howard LLP
  One Canterbury Green
  Stamford, Connecticut 06901-2047
  Telephone: (203) 977-7300
  Facsimile: (203) 977-7301

Dated: August 19, 2004

                 MICHAEL S. CRYAN