# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 10  12:13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : |
| Plaintiff, | : |
| v. | : Civil No. 3:03CV2087 (MRK) |
| B.M. KOREA, CO. LTD., | : |
| Defendant. | : |

## ORDER

On August 19, 2004, this Court entered an Order [doc. # 14] notifying Defendant B.M. Korea, Co., Ltd., of the Court's intention to grant Arent Fox PLLC's motion for leave to withdraw as counsel for Defendant [doc. # 10] and of Defendant's need to obtain substitute counsel and to file an answer to Plaintiff's Complaint no later than September 2, 2004 or the Court would grant Plaintiff's Motion for Default Entry [doc. # 12]. The Court ordered Arent Fox PLLC to take prompt steps to ensure that Defendant obtained a copy of the Court's Order and on August 20, 2004, Arent Fox PLLC filed a Declaration [ doc. # 17] certifying that Defendant was mailed a copy of the Courts Order via Federal Express and First Class mail on August 19, 2004. To date, however, no appearance has been filed on behalf of substitute counsel for Defendant and Defendant has not filed an answer to Plaintiff's Complaint.

Accordingly, and in accordance with the Court's August 19, 2004 Order [doc. # 14], the Court hereby GRANTS Arent Fox PLLC's Motion for Leave to Withdraw as counsel for Defendant [doc. # 10] and also GRANTS Plaintiff's Motion for Default Entry against Defendant

1

for failure to appear and for failure to answer the Complaint in accordance with the Court's August 19, 2004 Order. Plaintiff may now move for entry of judgment on the default in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED,

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: September 10, 2004

2