# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : | |
| Plaintiff, | : | Civil Action No. 303CV2087 (MRK) |
| vs. | : | |
| B.M. KOREA, CO. LTD. | : | October 8, 2004 |
| Defendant. | : | |

**AFFIDAVIT OF JOEL SATIN IN SUPPORT OF
MOTION FOR JUDGMENT BY DEFAULT AGAINST
DEFENDANT B.M. KOREA CO., LTD.**

State of Connecticut   )
                                        )  ss:
County of Fairfield     )

Joel Satin, being duly sworn, deposes and says:

   1.   I am the Director of Home Video for World Wrestling Entertainment, Inc. ("WWE"). I have held this position since June, 2001. As part of my duties as Director of Home Video of WWE, I was the primary contact person for WWE's home video license with B.M. Korea Co., Ltd ("BM Korea"). I submit this affidavit in support of WWE's Motion for Judgment by Default Against Defendant BM Korea based on my personal knowledge.

   2.   On or around January 17, 2003, WWE and BM Korea entered into the World Wrestling Entertainment, Inc. Video License Agreement (the "License Agreement") which authorized BM Korea to manufacture and distribute home videos of WWE programming within the territory of South Korea. A true and correct copy of the License Agreement is attached hereto as Exhibit 1.

3. The License Agreement provides for a three-year term commencing as of November 1, 2002 and expiring October 31, 2005.

4. Pursuant to the License Agreement, BM Korea is obligated to pay WWE a percentage royalty of 20% of the wholesale sales price or US $1.70 per title, whichever is greater, on all sales of the Licensed Products by BM Korea to its customers or distributors. License Agreement ¶ 4(b)(i).

5. In addition, BM Korea guarantees under the License Agreement that:

the royalty payments to WWE shall not be less than the amount set forth opposite such Contract Year referenced below for each country in the Territory:

| CONTRACT YEAR | MINIMUM ANNUAL GUARANTEE DUE |
|---|---|
| First Contract Year | US $144,000.00 |
| Second Contract Year | US $144,000.00 |
| Third Contract Year | US $144,000.00 |

6. The License Agreement provides that the minimum amount of royalties to be paid to WWE shall be payable within thirty (30) days after the close of each Calendar Quarter (i.e., 30 days after March 31st, June 30th, September 30th and December 31st), and shall "be equal to: (1) one-fourth (25%) of the Minimum Annual Guarantee for such Contract Year or (2) the actual royalty amount due pursuant to section 4(b) should the total of that amount be greater than 25% of the Minimum Annual Guarantee for the Contract Year at issue." License Agreement ¶ 4(c)(ii).

7. Thus, pursuant to the License Agreement, BM Korea was required to pay WWE at least $36,000 every three months starting on April 30, 2003.

8. BM Korea also agreed to pay WWE an Advance Royalty Amount of $36,000 upon execution of the License Agreement to be "set off as a credit only against royalties

due WWE for the First Contract Year." BM Korea paid WWE the Advance Royalty Amount of $36,000 in January 2003.

9. Since payment of the Advance Royalty Amount, BM Korea has not paid WWE any other monies in accordance with the License Agreement, and BM Korea has advised WWE that it does not intend to make any further payments to WWE.

10. Specifically, BM Korea has failed to pay WWE $108,000 of the Minimum Annual Guarantee for the First Contract Year ($144,000 minus the $36,000 Advance Royalty Amount), and $144,000 for each of the Second and Third Contract Years.

11. As a result of BM Korea's breach of the License Agreement, therefore, WWE has sustained damages of, at a minimum, $396,000.

_____
Joel Satin

Subscribed and sworn to before me
this 8th day of October, 2004.

_____
Margaret M. Ytuarte
Notary Public
My Commission Expires: 7-31-07

**MARGARET M. YTUARTE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2007