UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV2087 (MRK) |
| | : | |
| B.M. KOREA, CO. LTD., | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

    This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Default Judgment. On November 1, 2004, an order entered granting the Motion for Default Judgment against the defendant, B.M. Korea, Co LTD. A hearing on damages was held on March 16, 2005, before the Honorable William I. Garfinkel, United States Magistrate Judge. On March 16, 2005, a Recommended Ruling on Damages entered ordering that final judgment enter for the plaintiff, against the defendant, B.M. Korea, Co. LTD, in the amount of $396,000.00 in damages. On April 6, 2005, the Recommended Ruling was approved and accepted by the Honorable Mark R. Kravitz, United States District Judge.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, against the defendant, B.M. Korea, Co LTD, in the amount of $396,000.00 in damages.

EOD _____

Dated at New Haven, Connecticut this 7th day of April 2005.

                                    KEVIN F. ROWE, Clerk
                                    By

                                  /s/ Kenneth R. Ghilardi
                                  Kenneth R. Ghilardi
                                   Deputy Clerk